OCONTO COUNTY, Appellant, vs. LINDGREN and another, Respondents.

*October 8—October 28, 1913.*

*Oconto Co. v. MacAllister, ante, p. 286, followed.*

APPEAL from a judgment of the circuit court for Oconto county: S. D. HASTINGS, Judge. *Reversed.*

For the appellant there was a brief by *Adolph P. Lehner*, district attorney, and *John B. Chase*, assistant district attorney, and oral argument by *Mr. Chase*.

For the respondents there was a brief by *Classon & O'Kelliher*, and oral argument by *D. G. Classon* and *J. V. O'Kelliher*.

The following opinion was filed October 28, 1913:

TIMLIN, J. This case is in all respects similar to the cases of *Oconto Co. v. MacAllister, ante*, p. 286, 143 N. W. 702, except that the term of the county treasurer, *Lindgren*, expired on the first Monday of January, 1905, and except as to amounts. A demurrer to the complaint was sustained, and after the time for amending had expired judgment was entered thereon dismissing the complaint, and from this judgment the appeal is taken.

The case is ruled by *Oconto Co. v. MacAllister, ante,* p. 286, 143 N. W. 702, and the judgment must be reversed and the cause remanded for further proceedings according to law.

*By the Court.*—It is so ordered.

A motion for a rehearing was made in this case, but was afterwards abandoned.